469 A.2d 283

Flannagan, et ux. v. Cernuto, et al., Appellants.

Argued June 8, 1983.   George A. Conti, Jr., for appellants;  Gregory T. Nichols, for appellees.

Before CERCONE, President Judge, and SPAETH and HESTER, JJ.

Affirmed.